IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD LENARD KELLEY #269481, )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>CITY OF PRICHARD, *et al.*, )<br>　　Defendants. ) | CIVIL ACTION NO. 10-00615-KD-M |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 19, 2011 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation, of this Order adopting the Report and Recommendation, and of the Judgment.

**DONE** and **ORDERED** this the **13**th day of **October 2011.**

　　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**